**Order entered June 16, 2021**



**In The**
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-21-00303-CV**

**AMANDA  MCGEE, Appellant**

**V.**

**LADONNA  TATUM, Appellee**

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-44542**

**ORDER**

Before the Court is court reporter Carl Browning's June 14, 2021 request for extension of time to file the reporter's record.  We **GRANT** the request and **ORDER** the reporter's record be filed no later than July 14, 2021.  Because the record was first due May 14, 2021, we caution that further extension requests will be disfavored.

/s/     CRAIG SMITH
JUSTICE